Case 1:18-cv-00625-ILG-RER

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 06 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TURN ON PRODUCTS, INC.,

           Plaintiff,

-against-

ALMOST FAMOUS APPAREL LLC, dba ALMOST
FAMOUS LA, dba ALMOST FAMOUS LOS
ANGELES, and GARY GUZMAN,

           Defendants.
-----------------------------------------------------------x

Civil Action No. 18-cv-00625 (ILG) (RER)

ORDER AND STIPULATION OF SETTLEMENT

It is hereby stipulated by and between Plaintiff Turn On Products, Inc., through its undersigned counsel, and Defendants that this action is settled. Therefore, it is ordered by the Court that this action is discontinued without costs and without prejudice to the right to reopen the action if settlement is not consummated.

DATED: May 3, 2019

SILLS CUMMIS & GROSS P.C.
Counsel for Plaintiff Turn On Products, Inc.

_/s/ Ilaria Maggioni_
Ilaria Maggioni
Kenneth Schachter

Defendant ALMOST FAMOUS APPAREL LLC, dba ALMOST FAMOUS LA, dba ALMOST FAMOUS LOS ANGELES

_/s/ Gary Guzman_
By: Gary Guzman
Title: Sole proprietor

Defendant GARY GUZMAN

_/s/ Gary Guzman_

SO ORDERED

s/I. Leo Glasser, USDJ
U.S. DISTRICT JUDGE

5/6/19

1

5931327 v1